**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BRITTAIN D. WALLER,**

**Plaintiff,**

**v.**

**OHIOHEALTH CORPORATION, *et al.*,**

**Defendants.**

**Case Number 2:25-cv-672**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**ORDER**

This matter is before the Court on Plaintiff Brittain Waller's *pro se* First Objection to the Magistrate Judge's September 16, 2026 Order (ECF No. 151) and Motion to Stay (ECF No. 152).

Plaintiff previously moved for a 60-day extension of all deadlines due to a medical emergency. (ECF No. 146.) After considering Plaintiff's Motion, medical documentation, and repeated requests for extensions in this matter, the Magistrate Judge issued the September 16, 2026 Order granting in part and denying in part Plaintiff's request for a 60-day extension. (ECF No. 150.) The Magistrate Judge reasoned that although the Court is sympathetic to Plaintiff's health situation, her request could not be viewed in a vacuum, and Plaintiff has a history of seeking extensions and stays in this litigation, citing her life circumstances. (*Id.* PageID 752.) On September 18, 2026, Plaintiff filed an Objection to the September 16, 2026 Order (ECF No. 151.) Then, on September 21, 2026, Plaintiff moved the Court to stay all discovery responses due on September 22, 2026, until the District Judge resolves her Objection. (ECF No. 152.)

When a party objects to a magistrate judge's ruling on a non-dispositive motion, the district court must "modify or set aside any part of the order that is clearly erroneous or is

contrary to law." Fed. R. Civ. P. 72(a). Likewise, 28 U.S.C. § 636(b)(1)(A) provides that "[a] judge of the court may reconsider any pretrial matter . . . where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." The Court has carefully reviewed the record and considered the relevant briefing and medical documentation. Plaintiff's Objection is nothing more than a request for reconsideration, re-arguing the issues already decided. The Magistrate Judge's September 16, 2026 Order is neither clearly erroneous nor contrary to law.

The Court **OVERRULES** (ECF No. 151) Plaintiff Brittain Waller's First Objection to Magistrate Judge Order and **ADOPTS** and **AFFIRMS** (ECF No. 150) the Magistrate Judge's September 16, 2026 Order. Because the instant Order resolves Plaintiff's Objection, the Court **DENIES AS MOOT** (ECF No. 152) Plaintiff Brittain Waller's First Motion to Stay.

**IT IS SO ORDERED.**

**9/22/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**